# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | 2:01-CR-00907-GW-1 |
| vs | | |
| Christopher Demetrius Frank | | **WARRANT FOR ARREST** |
| | Defendant(s) | |

RECEIVED
USMS-C/CA-LA
8DEC2021
FID #7230023
REG #23024-112

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest <u>Christopher Demetrius Frank</u> and bring him forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint   ☐ Indictment   ☐ Information   ☐ Order of Court

☒ Violation Petition   ☐ Violation Notice charging him with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title <u>  18  </u> United States Code, Section(s) <u>  3583(e)(3)  </u>

| Kiry K. Gray | | |
|---|---|---|
| NAME OF ISSUING OFFICER | | |
| Clerk of Court | | December 7, 2021; Los Angeles, California |
| TITLE OF ISSUING OFFICER | | DATE AND LOCATION OF ISSUANCE |
| /s/ Javier Gonzalez | | By HON. GEORGE H. WU, U.S. District Judge |
| SIGNATURE OF DEPUTY CLERK | | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

8/21/23
DATE RECEIVED

8/21/23
DATE OF ARREST

Ryan Owens
NAME OF ARRESTING OFFICER

DUSM
TITLE

[signature]
SIGNATURE OF ARRESTING OFFICER

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

G-04 (10/15)                   **WARRANT FOR ARREST**